| #US1486 - Kristina Downey | | | | | Voucher # (33306) | | | Pay Date: 22/01/2021 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Howco Group/US/Texas/Indirect/010/Home | | | | | | | | Pay Period: 27/12/2020-09/01/2021 | | |

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
| --- | --- | --- | --- | --- | --- |
| Reg | 25.00 | 80:00 | 160:00 | 2,000.00 | 4,000.00 |
| True | 25.00 | -5:45 | -12:00 | -143.75 | -300.00 |
| **Gross Pay** | | | | **1,856.25** | **3,700.00** |

**Company Paid Benefits - Continued**

| | Current | YTD |
| --- | --- | --- |
| FUTA | 10.38 | 20.69 |
| FICA | 107.28 | 213.78 |
| MEDI | 25.09 | 50.00 |
| SUTA:TX | 80.00 | 159.47 |
| **Total** | **756.94** | **1,511.76** |

**Deductions**

| | Current | YTD |
| --- | --- | --- |
| 401k | 92.81 | 185.00 [1] |
| BADD | 12.50 | 25.00 |
| Dental | 29.00 | 58.00 [2] |
| Medical | 97.00 | 194.00 [2] |
| **Total** | **231.31** | **462.00** |

**Accruals**

| | | Accrued | Taken | Bal. |
| --- | --- | --- | --- | --- |
| 1-PTO | Hrs: | 0:00 | 0:00 | 0:00 |
| 1-PTO Days | Hrs: | 0:00 | 0:00 | 0:00 |
| 1-Vacation | Hrs: | 0:00 | 0:00 | 0:00 |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
| --- | --- | --- | --- | --- |
| FIT | 1,637.44 | 3,263.00 | 150.76 | 300.10 |
| FICA | 1,730.25 | 3,448.00 | 107.28 | 213.78 |
| MEDI | 1,730.25 | 3,448.00 | 25.09 | 50.00 |
| **Total** | | | **283.13** | **563.88** |

**Information & Announcements**

Regular Earning Pay Period from 01/10/2021 to 01/23/2021
OT, DOT and True UP Earnings Pay Period from 12/27/2020 to 01/09/2021

| **Net Pay** | | **1,341.81** | **2,674.12** |
| --- | --- | --- | --- |
| Checking (1262) | | 1,341.81 | 2,674.12 |

**Company Paid Benefits** [3]

| | Current | YTD |
| --- | --- | --- |
| 401k | 83.53 | 166.50 [1] |
| Basic Life | 7.80 | 15.60 |
| Dental | 28.42 | 56.84 [2] |
| Medical | 414.44 | 828.88 [2] |
| -- More -- | | |

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

HOWCO METALS MANAGEMENT LLC 9611 TELGE ROAD, Houston, TX 77095         1 of 1

---

**HOWCO METALS MANAGEMENT LLC**
9611 TELGE ROAD
Houston, TX 77095

| Pay Date: | 01/22/2021 |
| --- | --- |
| Voucher #: | (33306) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
| --- | --- | --- | --- | --- | --- |
| Kristina Downey | 1 | Checking | XXXXX1262 | 111000614 | 1,341.81 |

Howco Group/US/Texas/Indirect/010/Home   US1486   01/22/2021   (33306)

**Kristina Downey**
11743 Northpointe Blvd, #524
Tomball, TX 77377

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

---

1
**HOWCO METALS MANAGEMENT LLC**
9611 TELGE ROAD
Houston, TX 77095

Howco Group/US/Texas/Indirect/010/Home   US148
01/22/2021   (33306)
**Kristina Downey**
11743 Northpointe Blvd, #524
Tomball, TX 77377

**PERSONAL & CONFIDENTIAL**

#US1486 - Kristina Downey  
Howco Group/US/Texas/Indirect/010/Home  
Voucher # (33421)  
Pay Date: 05/02/2021  
Pay Period: 10/01/2021-23/01/2021

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| OT | 37.50 | 0:45 | 0:45 | 28.13 | 28.13 |
| Reg | 25.00 | 80:00 | 240:00 | 2,000.00 | 6,000.00 |
| True | 25.00 | -8:00 | -20:00 | -200.00 | -500.00 |
| **Gross Pay** | | | | 1,828.13 | 5,528.13 |

### Deductions

| | Current | YTD |
|---|---|---|
| 401k | 91.41 | 276.41 [1] |
| BADD | 12.50 | 37.50 |
| Dental | 29.00 | 87.00 [2] |
| Medical | 97.00 | 291.00 [2] |
| **Total** | 229.91 | 691.91 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,610.72 | 4,873.72 | 147.56 | 447.66 |
| FICA | 1,702.13 | 5,150.13 | 105.53 | 319.31 |
| MEDI | 1,702.13 | 5,150.13 | 24.68 | 74.68 |
| **Total** | | | 277.77 | 841.65 |

| **Net Pay** | 1,320.45 | 3,994.57 |
|---|---|---|
| Checking (1262) | 1,320.45 | 3,994.57 |

### Company Paid Benefits [3]

| | Current | YTD |
|---|---|---|
| 401k | 82.27 | 248.77 [1] |
| Basic Life | 7.80 | 23.40 |
| Dental | 28.42 | 85.26 [2] |
| -- More -- | | |

### Company Paid Benefits - Continued

| | Current | YTD |
|---|---|---|
| Medical | 414.44 | 1,243.32 [2] |
| FUTA | 10.21 | 30.90 |
| FICA | 105.53 | 319.31 |
| MEDI | 24.68 | 74.68 |
| SUTA:TX | 78.79 | 238.26 |
| **Total** | 752.14 | 2,263.90 |

### Accruals

| | | Accrued | Taken | Bal. |
|---|---|---|---|---|
| 1-PTO | Hrs: | 0:00 | 0:00 | 0:00 |
| 1-PTO Days | Hrs: | 0:00 | 0:00 | 0:00 |
| 1-Vacation | Hrs: | 0:00 | 0:00 | 0:00 |

### Information & Announcements

Regular Earning Pay Period from 01/24/2021 to 02/06/2021  
OT, DOT and True UP Earnings Pay Period from 01/10/2021 to 01/23/2021

[1] Reduces your Federal & State Withholding Taxable Wage  
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage  
[3] For information purposes only. No effect on your net pay.

HOWCO METALS MANAGEMENT LLC 9611 TELGE ROAD, Houston, TX 77095    1 of 1

---

**HOWCO METALS MANAGEMENT LLC**  
9611 TELGE ROAD  
Houston, TX 77095

| Pay Date: | 02/05/2021 |
|---|---|
| Voucher #: | (33421) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Kristina Downey | 1 | Checking | XXXXX1262 | 111000614 | 1,320.45 |

Howco Group/US/Texas/Indirect/010/Home   US1486   02/05/2021   (33421)

**Kristina Downey**  
11743 Northpointe Blvd, #524  
Tomball, TX 77377

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

---

1  
**HOWCO METALS MANAGEMENT LLC**  
9611 TELGE ROAD  
Houston, TX 77095

Howco Group/US/Texas/Indirect/010/Home   US148  
02/05/2021   (33421)  
**Kristina Downey**  
11743 Northpointe Blvd, #524  
Tomball, TX 77377

**PERSONAL & CONFIDENTIAL**

**#US1486 - Kristina Downey**
Howco Group/US/Texas/Indirect/010/Home

**Voucher # (33536)**

Pay Date: 19/02/2021
Pay Period: 24/01/2021-06/02/2021

### Earnings

|  | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| OT |  |  | 0:45 |  | 28.13 |
| Reg | 25.00 | 80:00 | 320:00 | 2,000.00 | 8,000.00 |
| True | 25.00 | -0:15 | -20:15 | -6.25 | -506.25 |
| **Gross Pay** |  |  |  | **1,993.75** | **7,521.88** |

### Deductions

|  | Current | YTD |
|---|---|---|
| 401k | 99.69 | 376.10 [1] |
| BADD | 12.50 | 50.00 |
| Dental | 29.00 | 116.00 [2] |
| Medical | 97.00 | 388.00 [2] |
| **Total** | **238.19** | **930.10** |

### Taxes Withheld

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,768.06 | 6,641.78 | 166.44 | 614.10 |
| FICA | 1,867.75 | 7,017.88 | 115.80 | 435.11 |
| MEDI | 1,867.75 | 7,017.88 | 27.08 | 101.76 |
| **Total** |  |  | **309.32** | **1,150.97** |

### Net Pay

|  | Current | YTD |
|---|---|---|
| **Net Pay** | **1,446.24** | **5,440.81** |
| Checking (1262) | 1,446.24 | 5,440.81 |

### Company Paid Benefits [3]

|  | Current | YTD |
|---|---|---|
| 401k | 89.72 | 338.49 [1] |
| Basic Life | 7.80 | 31.20 |
| Dental | 28.42 | 113.68 [2] |
| -- More -- |  |  |

### Company Paid Benefits - Continued

|  | Current | YTD |
|---|---|---|
| Medical | 414.44 | 1,657.76 [2] |
| FUTA | 11.10 | 42.00 |
| FICA | 115.80 | 435.11 |
| MEDI | 27.08 | 101.76 |
| SUTA:TX | 85.93 | 324.19 |
| **Total** | **780.29** | **3,044.19** |

### Accruals

|  |  | Accrued | Taken | Bal. |
|---|---|---|---|---|
| 1-PTO | Hrs: | 0:00 | 0:00 | 0:00 |
| 1-PTO Days | Hrs: | 0:00 | 0:00 | 0:00 |
| 1-Vacation | Hrs: | 0:00 | 0:00 | 0:00 |

### Information & Announcements

Regular Earning Pay Period from 02/07/2021 to 02/20/2021
OT, DOT and True UP Earnings Pay Period from 01/24/2021 to 02/06/2021

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

HOWCO METALS MANAGEMENT LLC 9611 TELGE ROAD, Houston, TX 77095

1 of 1

---

**HOWCO METALS MANAGEMENT LLC**
9611 TELGE ROAD
Houston, TX 77095

| Pay Date: | 02/19/2021 |
|---|---|
| Voucher #: | (33536) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Kristina Downey | 1 | Checking | XXXXX1262 | 111000614 | 1,446.24 |

Howco Group/US/Texas/Indirect/010/Home  US1486  02/19/2021  (33536)

**Kristina Downey**
11743 Northpointe Blvd, #524
Tomball, TX 77377

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

---

1
**HOWCO METALS MANAGEMENT LLC**
9611 TELGE ROAD
Houston, TX 77095

Howco Group/US/Texas/Indirect/010/Home   US148
02/19/2021    (33536)

**Kristina Downey**
11743 Northpointe Blvd, #524
Tomball, TX 77377

**PERSONAL & CONFIDENTIAL**

#US1486 - Kristina Downey  Voucher # (33649)  Pay Date: 05/03/2021
Howco Group/US/Texas/Indirect/010/Home  Pay Period: 07/02/2021-20/02/2021

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| OT | | | 0:45 | | 28.13 |
| Reg | 25.00 | 80:00 | 400:00 | 2,000.00 | 10,000.00 |
| True | 25.00 | 1:00 | -19:15 | 25.00 | -481.25 |
| **Gross Pay** | | | | 2,025.00 | 9,546.88 |

### Deductions

| | Current | YTD |
|---|---|---|
| 401k | 101.25 | 477.35 [1] |
| BADD | 12.50 | 62.50 |
| Dental | 29.00 | 145.00 [2] |
| Medical | 97.00 | 485.00 [2] |
| **Total** | 239.75 | 1,169.85 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,797.75 | 8,439.53 | 170.00 | 784.10 |
| FICA | 1,899.00 | 8,916.88 | 117.74 | 552.85 |
| MEDI | 1,899.00 | 8,916.88 | 27.54 | 129.30 |
| **Total** | | | 315.28 | 1,466.25 |

### Net Pay

| | Current | YTD |
|---|---|---|
| | 1,469.97 | 6,910.78 |
| Checking (1262) | 1,469.97 | 6,910.78 |

### Company Paid Benefits [3]

| | Current | YTD |
|---|---|---|
| 401k | 91.13 | 429.62 [1] |
| Basic Life | 7.80 | 39.00 |
| Dental | 28.42 | 142.10 [2] |
| -- More -- | | |

### Company Paid Benefits - Continued

| | Current | YTD |
|---|---|---|
| Medical | 414.44 | 2,072.20 [2] |
| FUTA | | 42.00 |
| FICA | 117.74 | 552.85 |
| MEDI | 27.54 | 129.30 |
| SUTA:TX | 63.71 | 387.90 |
| **Total** | 750.78 | 3,794.97 |

### Accruals

| | | Accrued | Taken | Bal. |
|---|---|---|---|---|
| 1-PTO | Hrs: | 0:00 | 0:00 | 0:00 |
| 1-PTO Days | Hrs: | 0:00 | 0:00 | 0:00 |
| 1-Vacation | Hrs: | 0:00 | 0:00 | 0:00 |

### Information & Announcements

Regular Earning Pay Period from 02/21/2021 to 03/06/2021
OT, DOT and True UP Earnings Pay Period from 02/07/2021 to 02/20/2021

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

---

HOWCO METALS MANAGEMENT LLC 9611 TELGE ROAD, Houston, TX 77095                          1 of 1

---

**HOWCO METALS MANAGEMENT LLC**
9611 TELGE ROAD
Houston, TX 77095

| Pay Date: | 03/05/2021 |
|---|---|
| Voucher #: | (33649) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Kristina Downey | 1 | Checking | XXXXX1262 | 111000614 | 1,469.97 |

Howco Group/US/Texas/Indirect/010/Home  US1486  03/05/2021  (33649)

**Kristina Downey**
11743 Northpointe Blvd, #524
Tomball, TX 77377

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

---

1
**HOWCO METALS MANAGEMENT LLC**
9611 TELGE ROAD
Houston, TX 77095

Howco Group/US/Texas/Indirect/010/Home  US148
03/05/2021  (33649)

**Kristina Downey**
11743 Northpointe Blvd, #524
Tomball, TX 77377

**PERSONAL & CONFIDENTIAL**